# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| BERNARD P. FLINN, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | 1:10-cv-01039-TWP-DML |
| WENDY KNIGHT, | ) ) ) | |
| Respondent. | ) ) | |

**Entry Directing Further Proceedings**

**I.**

The petitioner's request to proceed *in forma pauperis* (dkt 4) is **granted.**

The petitioner's conviction and sentences were affirmed in *Flinn v. State,* 563 N.E.2d 536 (Ind. 1990). The petitioner is familiar with the State's evidence at trial, with the course of proceedings in the prosecution, and with the connection of those matters with the habeas claims cobbled together in this case. He has the ability and the means to express and explain those claims. It is by no means clear that this court will be driven to resolve the habeas claims on their merits because of significant and obvious procedural impediments. It is likewise not apparent that an evidentiary hearing will be required or that discovery will be needed. In these circumstances, it is not in the interest of justice that counsel be appointed for the petitioner, and his motion for appointment of counsel (dkt 6) is therefore **denied.**

**II.**

Habeas petitioner Flinn shall have **through September 21, 2010,** in which to **supplement his petition for a writ of habeas corpus** by setting forth whether, in what manner, and with what outcome, he presented his habeas claims to the Indiana state courts. As to each claim which was presented to the Indiana state courts, Flinn's supplement shall state whether or not the claim was decided on the merits by the Indiana courts. Flinn's supplement shall specifically state whether he has filed a petition for post-conviction relief with respect to the conviction/sentence challenged in this habeas proceeding.

**IT IS SO ORDERED.**

Date: 09/06/2010

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

BERNARD P. FLINN
DOC #875516
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168